**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO TITLE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 23-00032-KD-B** |
| | ) | |
| **EDWARD A. SCHRADER and** | ) | |
| **BROOKE SCHRADER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This action is before the Court on notice from United States Magistrate Judge Sonja F. Bivins that this action has settled, and the parties request thirty (30) days to finalize the settlement agreement in the underlying state court action.

Accordingly, this action is **DISMISSED with prejudice subject to the right of either party to reinstate this action within thirty (30) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 27th day of March 2024.


<u>**/s/ Kristi K. DuBose**</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**